**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KUSHNIRSKY, et al., | |
| Plaintiff(s), | |
| v. | |
| D & A SERVICES, LLC, et al., | Civil Action No.: 2:19-cv-01900 |
| Defendant(s). | |

## STIPULATION AND DISMISSAL

It is hereby stipulated and agreed by and between counsel for Plaintiff and Defendants that the above-entitled action is hereby dismissed against Defendants, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**COUNSEL FOR PLAINTIFF**                    **COUNSEL FOR DEFENDANTS**

/s/                                          /s/

Arkady "Eric" Rayz                           Aaron R. Easley
Kalikhman & Rayz, LLC                        Sessions Fishman Nathan & Israel
1051 County Line Road, Suite "A"             3 Cross Creek Drive
Huntingdon Valley, PA 19006                  FlemingtonNJ08822-4938
Telephone: (215) 364-5030                    Telephone: (908) 237-1660
E-mail: erayz@kalraylaw.com                  E-mail: aeasley@sessions.legal

                                    **SO ORDERED**    April 21, 2020

                                    */s/ Mitchell S. Goldberg*

                                    **MITCHELL S. GOLDBERG,**    J.